IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHILLIP GEMBARSKI                                          PLAINTIFF

v.                              Case No. 6:26-cv-6005

DIRECTOR DEXTER PAYNE, *et al.*                            DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Upon preservice screening pursuant to 28 U.S.C. § 1915A(a), Judge Ford recommends that Plaintiff's Amended Complaint (ECF No. 9) be dismissed without prejudice for failure to state a claim. Judge Ford further recommends that the Clerk be directed to place a 28 U.S.C. § 1915(g) strike flag on this case for future judicial consideration and that the Court certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the dismissal would not be taken in good faith. Judge Ford also recommends that Plaintiff's Motion for Preliminary Injunction (ECF No. 4) be denied.

Plaintiff filed a timely objection to the R&R. ECF No. 12. However, even giving the objection a liberal construction, Plaintiff has not put forth a specific objection to Judge Ford's reasoning. *See U.S. v. Sellner*, 773 F.3d 927, 932 (8th Cir. 2014) (noting that pro se filings must be liberally construed). Instead, Plaintiff primarily reiterates the factual allegations from his Amended Complaint and does not address the various shortcomings in his allegations that Judge Ford identifies. Thus, the Court need only review the R&R for clear error. *See Thompson v. Nix*, 897 F.2d 356, 358-59 (8th Cir. 1990) (noting that an objection to a magistrate's R&R must be timely and specific to require a de novo review of the R&R).

Upon review, finding no clear error on the face of the record and that Judge Ford's

reasoning is sound, the Court adopts the R&R (ECF No. 11) in toto.  Accordingly, Plaintiff's Amended Complaint (ECF No. 9) is hereby **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to place a 28 U.S.C. § 1915(g) strike flag on this case for future judicial consideration. Further, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.  Lastly, Plaintiff's Motion for Preliminary Injunction (ECF No. 4) is **DENIED**.

**IT IS SO ORDERED**, this 29th day of June, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge